USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2020

J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel: (443) 290-8704
Fax: (410) 510-2789
Email: jssimms@simmsshowers.com

Attorneys for Intervening Plaintiffs,
McAllister Towing of Connecticut, LLC
McAllister Towing of New York, LLC
McAllister Towing of Philadelphia, Inc.
McAllister Towing of Baltimore, Inc.
Portland Tugboat LLC
McAllister Towing of Narragansett Bay, LLC
  d/b/a Providence Steamboat Company
Tugz Company, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| Billybey Marina Services, LLC, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  Case No.: 20-cv-04922-LTS-JLC |
| | * |
| Bouchard Transportation Co., Inc., *et al.*. | *  **IN ADMIRALTY** |
|  *in personam*, | * |
| | * |
| and | * |
| | * |
| M/V ELLEN S. BOUCHARD, *et al.*, *in rem* | * |
| | * |
|     Defendants. | * |

| | |
|---|---|
| McAllister Towing of Connecticut, LLC | * |
| McAllister Towing of New York, LLC | *  **ORDER GRANTING** |
| McAllister Towing of Philadelphia, Inc. | *  **INTERVENING PLAINTIFFS'** |
| McAllister Towing of Baltimore, Inc. | *  **UNOPPOSED/ *EX PARTE*** |
| Portland Tugboat LLC | *  **MOTION TO INTERVENE** |
| McAllister Towing of Narragansett Bay, LLC | *  **PURSUANT TO FED. R. CIV.** |
|   d/b/a Providence Steamboat Company | *  **P. 24(a)(2), FOR ISSUE OF** |
| Tugz Company, LLC | *  **WARRANTS OF ARREST** |
| | *  **FOR M/T EVENING STAR,** |

| | | |
|---|---|---|
| Intervening Plaintiffs | * | **BARGE B. NO. 210, BARGE B.** |
| v. | * | **NO. 230, BARGE B. NO. 250,** |
| | * | **BARGE B. NO. 252, BARGE B.** |
| Bouchard Transportation Co., Inc., | * | **NO. 260, BARGE B. NO. 262,** |
| | * | **BARGE B. NO. 282, AND** |
| Defendant *in personam*, | * | **BARGE B. NO. 284, AND** |
| | * | **FOR ALTERNATIVE** |
| M/T EVENING STAR, IMO No. 9629768, | * | **SERVICE OF ARREST** |
| BARGE B. No. 210, BARGE B. No. 230, BARGE B. | * | **WARRANTS** |
| No. 250, BARGE B. No. 252, BARGE B. No. 260, | * | |
| BARGE B. No. 262, BARGE B. No. 282, BARGE B. | * | |
| No. 284, , in rem, their respective equipment, tackle, | * | |
| etc., *et al*. | * | |
| | * | |
| Defendants *in rem* | * | |

Upon the motion of intervening Plaintiffs McAllister Towing of Connecticut, LLC, McAllister Towing of New York, LLC, McAllister Towing of Philadelphia, Inc., McAllister Towing of Baltimore, Inc., Portland Tugboat LLC, McAllister Towing of Narragansett Bay, LLC d/b/a Providence Steamboat Company and Tugz Company, LLC (collectively, "Intervening Plaintiffs") for this Court to (1) order their intervention as of right under Fed. R. Civ. P. 24(a)(2), providing for filing of their accompanying Verified Intervening Complaint; (2) issue warrants of arrest of the M/T EVENING STAR, BARGE B. No. 210, BARGE B. No. 230, BARGE B. No. 250, BARGE B. No. 252, BARGE B. No. 260, BARGE B. No. 262, BARGE B. No. 282 and BARGE B. No. 284, *in rem* ("Vessels") pursuant to Federal Supplemental Admiralty and Maritime Rule C; and (3) order alternative service due both to the U.S. Marshal's unavailability and because, the Vessels have been, or soon will be, arrested and are presently, or soon will be, in the hands of National Maritime Services, Inc. ("NMS") as Substitute Custodian, and any opposition or briefing or argument hereto, this Court hereby GRANTS the motion, and ORDERS as follows:

    1.      Intervening Plaintiffs shall have leave to intervene in this action;

    2.    Their Intervening Complaint, filed with their motion, shall be docketed in this action;

    3.    The Clerk shall issue the Warrants of Arrest for the M/T EVENING STAR, BARGE B. No. 210, BARGE B. No. 230, BARGE B. No. 250, BARGE B. No. 252, BARGE B. No. 260, BARGE B. No. 262, BARGE B. No. 282 and BARGE B. No. 284, *in rem*; and

    4.    Considering that the Vessels are, or soon will be, arrested and NMS is, or soon will be, serving as the substitute custodian, the Warrants of Arrest are effectively served on the Vessels when issued by the Clerk and posted on the Court's docket (and thereby served by NEF to counsel of each party in this action).

    5.    The Vessels may be released from seizure without further Order of this Court if the United States Marshals Service receives written authorization from the attorney who requested the seizure, and that such attorney advises that s/he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered an Order to the contrary.

    **SO ORDERED.**

Dated: New York, New York.

    July 16, 2020.

                                                                  _____

                                                                   JAMES L. COTT
                                                                    United States Magistrate Judge