Case 1:20-cv-04922-LTS-JLC   Document 43   Filed 07/16/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/16/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| BILLYBEY MARINA SERVICES, LLC, | : | |
| Plaintiff, | : | Case No. 1:20-cv-04922-LTS -JLC |
| v. | : | **IN ADMIRALTY** |
| Bouchard Transportation Co., Inc., | : | **ORDER GRANTING MOTION** |
| Motor Tug Ellen S. Bouchard, Inc., | | **FOR ARREST OF** |
| Tug Jane A. Bouchard Corp., | : | **MV ELLEN S. BOUCHARD** |
| Tug Evening Star Corp., | | **MV JANE A. BOUCHARD** |
| B. No 252 Corp., | : | **MV EVENING STAR** |
| B. No. 230 Corporation, | | **BARGE B No. 252** |
| B. No. 284 Corp., | : | **BARGE B No. 230** |
| B. No. 210 Corporation, | | **BARGE B No. 284** |
| B. No. 262 Corp., | : | **BARGE B No. 210** |
| B. No. 250 Corp., | | **BARGE B No.262** |
| B. No. 260 Corporation and | : | **BARGE B No. 250** |
| B. No 282 Corp., *in personam*, and, | | **BARGE B No. 260** |
| M/V ELLEN S. BOUCHARD, IMO No. 8117952, | : | **BARGE B No. 282** |
| Official No. 644590, her engines, equipment, tackle, etc., M/V JANE A. BOUCHARD, IMO No. 9269702 Official No. 1139762, her engines, equipment, tackle, etc., M/V EVENING STAR, IMO No. 9629768, Official No. 1234828, her engines, equipment, tackle, etc., | : | |
| BARGE B. No. 252, BARGE B. No. 230, BARGE B. No. 284, BARGE B. No. 210, BARGE B. No. 262, BARGE B. No. 250, BARGE B. No. 260 and BARGE B. No. 282, *in rem,* | : | |
| Defendants. | : | |

-------------------------------------------------------------X

Upon the motion of Plaintiff, Billybey Marina Services, LLC, ("Billybey" or "Plaintiff") for this Court to issue a Warrant of Arrest for the vessels set forth below ("Vessels") and the Court having determined that the conditions for an *in rem* action appear to exist pursuant to Federal Supplemental Admiralty and Maritime Rule C and that the relief sought is proper,

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the Plaintiff's motion is GRANTED; and,

IT IS FURTHER ORDERED, that the Clerk shall issue the Warrant of Arrest for the Vessels:

M/V ELLEN S. BOUCHARD
M/V JANE A. BOUCHARD
M/V EVENING STAR,
BARGE B. No. 252
BARGE B. No. 230
BARGE B. No. 284
BARGE B. No. 210
BARGE B. No. 262
BARGE B. No. 250
BARGE B. No. 260
BARGE B. No. 282, and,

IT IS FURTHER ORDERED that the Vessels may be released from seizure without further order of this Court if the Marshal, or the Substitute Custodian appointed by the Court, receives written authorization from the attorney who requested the seizure, and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered an Order to the contrary.

**SO ORDERED**

this 16 day of   July   , 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES L. COTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge