USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/16/2020

J. Stephen Simms (JS-8990)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel: (443) 290-8704
Fax: (410) 510-2789
Email: jssimms@simmsshowers.com

Attorneys for Intervening Plaintiffs,
McAllister Towing of Connecticut, LLC
McAllister Towing of New York, LLC
McAllister Towing of Philadelphia, Inc.
McAllister Towing of Baltimore, Inc.
Portland Tugboat LLC
McAllister Towing of Narragansett Bay, LLC
  d/b/a Providence Steamboat Company
Tugz Company, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| Billybey Marina Services, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Case No.: 20-cv-04922-LTS-JLC |
| | * |
| Bouchard Transportation Co., Inc., *et al.*, *in personam*, | * **IN ADMIRALTY** |
| | * |
| and | * |
| | * |
| M/V ELLEN S. BOUCHARD, *et al.*, *in rem* | * |
| | * |
| Defendants. | * |

---

| | |
|---|---|
| McAllister Towing of Connecticut, LLC | * **ORDER GRANTING** |
| McAllister Towing of New York, LLC | * **MOTION OF J. STEPHEN** |
| McAllister Towing of Philadelphia, Inc. | * **SIMMS TO APPEAR AS** |
| McAllister Towing of Baltimore, Inc. | * **COUNSEL *PRO HAC VICE*** |
| Portland Tugboat LLC | * **FOR McALLISTER TOWING** |
| McAllister Towing of Narragansett Bay, LLC | * **OF CONNECTICUT, LLC,** |
|   d/b/a Providence Steamboat Company | * **McALLISTER TOWING OF** |
| Tugz Company, LLC | * **NEW YORK, LLC,** |
| | * **McALLISTER TOWING OF** |

| | |
|---|---|
| Intervening Plaintiffs | *  **PHILADELPHIA, INC.,** |
| v. | *  **McALLISTER TOWING OF** |
| | *  **BALTIMORE, INC.,** |
| Bouchard Transportation Co., Inc., | *  **PORTLAND TUGBOAT LLC,** |
| | *  **McALLISTER TOWING** |
| Defendant *in personam*, | *  **OF NARRAGANSETT BAY,** |
| | *  **LLC d/b/a PROVIDENCE** |
| M/T EVENING STAR, IMO No. 9629768, | *  **STEAMBOAT COMPANY** |
| BARGE B. No. 210, BARGE B. No. 230, BARGE B. | *  **AND YUGZ COMPANY, LLC** |
| No. 250, BARGE B. No. 252, BARGE B. No. 260, | * |
| BARGE B. No. 262, BARGE B. No. 282, BARGE B. | * |
| No. 284, , in rem, their respective equipment, tackle, | * |
| etc., *et al*. | * |
| | * |
| Defendants *in rem* | * |

The motion of J. Stephen Simms for admission to practice *pro hac vice* in this case as counsel for McAllister Towing of Connecticut, LLC, McAllister Towing of New York, LLC, McAllister Towing of Philadelphia, Inc., McAllister Towing of Baltimore, Inc., Portland Tugboat LLC, McAllister Towing of Narragansett Bay, LLC d/b/a Providence Steamboat Company, and Tugz Company, LLC is granted.

Applicant has declared the he is a member in good standing of the bar of the state of Maryland; and that his contact information is as follows:

> J. Stephen Simms
> Simms Showers LLP
> 201 International Circle, Suite 250
> Baltimore, Maryland 21030
> Telephone:    410-783-5795
> Facsimile:    410-510-1789
> jssimms@simmsshowers.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for McAllister Towing of Connecticut, LLC, McAllister Towing of New York, LLC, McAllister Towing of Philadelphia, Inc., McAllister Towing of Baltimore, Inc., Portland Tugboat LLC,

2

McAllister Towing of Narragansett Bay, LLC d/b/a Providence Steamboat Company, and Tugz Company, LLC in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 16, 2020.

_____
JAMES L. COTT
United States Magistrate Judge

3