UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BILLYBEY MARINA SERVICES, LLC,               :

                Plaintiff,     : Case No. 20-cv-04922 LTS-JLC

              v.           : **IN ADMIRALTY**

Bouchard Transportation Co., Inc.,           : **Hon. Laura Taylor Swain**
Motor Tug Ellen S. Bouchard, Inc.,
Tug Jane A. Bouchard Corp.,                  : **STIPULATION OF**
Tug Evening Star Corp.,                        **DISMISSAL WITH**
B. No 252 Corp.,                             : **PREJUDICE, CONSENT**
B. No. 230 Corporation,                        **TO RELEASE OF VESSELS**
B. No. 284 Corp.,                              **AND CONSENT ORDER**
B. No. 210 Corporation,
B. No. 262 Corp.,                            :
B. No. 250 Corp.,
B. No. 260 Corporation and                   :
B. No 282 Corp., *in personam*, and,
M/V ELLEN S. BOUCHARD, IMO No. 8117952, :
Official No. 644590, her engines, equipment, tackle,
etc., M/V JANE A. BOUCHARD, IMO No. 9269702
Official No. 1139762, her engines, equipment,   :
tackle, etc., M/V EVENING STAR, IMO No.
9629768, Official No. 1234828, her engines,    :
equipment, tackle, etc.,
BARGE B. No. 252, BARGE B. No. 230,          :
BARGE B. No. 284, BARGE B. No. 210,
BARGE B. No. 262, BARGE B. No. 250,          :
BARGE B. No. 260 and BARGE B. No. 282, *in rem*,

              Defendants.     :
---------------------------------------------------------------X
McAllister Towing of Connecticut, LLC         :
McAllister Towing of New York, LLC
McAllister Towing of Philadelphia, Inc.       :
McAllister Towing of Baltimore, Inc.
Portland Tugboat LLC                          :
McAllister Towing of Narragansett Bay, LLC
d/b/a Providence Steamboat Company            :
Tugz Company, LLC
                                              :
              Intervening Plaintiffs,

1

```
                    v.                              :
Bouchard Transportation Co., Inc.,                  :
        Defendant in personam,                      :
M/T EVENING STAR, IMO No. 9629768,                  :
BARGE B. No. 210, BARGE B. No. 230, BARGE B.
No. 250, BARGE B. No. 252, BARGE B. No. 260,        :
BARGE B. No. 262, BARGE B. No. 282, BARGE B.
No. 284, , in rem, their respective equipment, tackle,
etc., et al.,                                       :
        Defendants in rem.                          :
---------------------------------------------------------------X
```

**WHEREAS**, Plaintiff, Billybey Marina Services, LLC and the Defendants, Bouchard Transportation, et al. (the "Parties") have entered into a Settlement Agreement and Mutual Release dated November 24, 2020 ("Settlement Agreement"), and,

**WHEREAS**, pursuant to the Settlement Agreement, the undersigned counsel for the Plaintiff, Billybey Marina Services, LLC hereby consents to the release of Plaintiff's arrest of the following vessels:

M/V ELLEN S. BOUCHARD

BARGE B. No. 252

BARGE B. No. 230

BARGE B. No. 284

BARGE B. No. 210

BARGE B. No. 262

BARGE B. No. 260

BARGE B. No. 282

**NOW, THEREFORE**, it is hereby,

2

**ORDERED**, that the Parties shall comply with the terms of the Settlement Agreement which is filed at Docket Entry No. 130 and incorporated herein by reference; and, it is further, LTS

**ORDERED**, that the Court shall retain jurisdiction over this action and the Parties for the purpose of enforcing the terms of the Settlement Agreement; and it is further,

**ORDERED**, that the Complaint of Billybey Marina Services, LLC against the Defendants is hereby dismissed with prejudice and without costs as to either party against the other.

Dated: New York, New York
November 24, 2020

SO ORDERED THIS

30 day of November, 2020

/s/ Laura Taylor Swain
Hon. Laura Taylor Swain, USDJ

The undersigned attorneys consent to the entry of the foregoing Order:

COZEN O'CONNOR, P.C.
A Pennsylvania Professional Corporation

By: _____
Christopher Raleigh
Geoffrey D. Ferrer
Attorneys for Plaintiff,
Billybey Marina Services, LLC
45 Broadway, 16th Floor
New York, New York 10006
Tel. No.: (212) 509-9400

3

By:     CHALOS & CO., P.C.

_____
Briton P. Sparkman
George M. Chalos
Attorneys for Defendants,
Bouchard Transportation Co. Inc., et al
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: (516) 714-4300

LEGAL\49750123\1 18138.0001.000/481314.000

4